**Order entered November 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01144-CR

**ERNEST EDWARD GAINES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F05-56570-S**

## ORDER

This appeal is from the trial court's order denying appellant's motion for post-conviction DNA testing pursuant to chapter 64 of the Texas Code of Criminal Procedure. The rule 25.2 certification of appellant's right to appeal contained in the clerk's record appears to be one prepared by appellant himself. It is not signed by the trial court or counsel.

Accordingly, we **ORDER** the trial court to prepare and file with this Court, within **FIFTEEN DAYS** of the date of this order, a certification of appellant's right to appeal. *See* Tex. R. App. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **DIRECT** the Clerk to send copies of this order to the Honorable Amber Givens-Davis, Presiding Judge, 282nd Judicial District Court, and to counsel for all parties.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE